IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                    ORDER

           Plaintiff,

                                                  03-cr-90-bbc

    v.

STACY R. CLOUSE,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On January 29, 2009, I signed an order in this matter directing the probation office to submit a request for modifying the condition or term of supervision.  After this order was entered, the government wrote to the court objecting to the probation office's recommendation that defendant's supervision be allowed to expire with fine owing.

Having read the written submission of the government and conferring with the probation office about defendant's extensive efforts to pay her tax lien in full and the fact that defendant has been working two jobs in order to pay off her tax lien and make payments on her fine, I am persuaded that the remaining balance of defendant's $50,000

1

should be remitted.

## ORDER

IT IS ORDERED that defendant's remaining balance of her $50,000 fine imposed on her at the time of sentencing is remitted.

Entered this 13th day of February, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge